

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00161-CR

ADRIAN VALADEZ,

                                        Appellant

 v.

THE STATE OF TEXAS,

                                        Appellee

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2012-2160-C1**

# O R D E R

A notice of appearance was filed in this appeal designating new lead counsel for appellant.  The designation complies with Rule 6.1(c) of the Texas Rules of Appellate Procedure.

Accordingly, we enter the notice of appearance of counsel, Richard E. Wetzel, but unless and until the Court receives an order that removes Jonathan Sibley as lead counsel of record, Sibley remains lead counsel on appeal.  Moreover, if Jessica Freud has subsequently been appointed appellate counsel, only the trial court may relieve her of

her duties to appellant. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04(j)(2) (West 2009);

*Enriquez v. State*, 999 S.W.2d 906, 907 (Tex. App.—Waco 1999, order).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed June 7, 2017

